PAWB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark C. Bonomi | ) | Case No. 22-22094 |
| Nicole A. Bonomi, | ) | Chapter 13 |
|    Debtor(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Mark C. Bonomi | ) | |
| Nicole A. Bonomi, | ) | |
|    Movant(s) | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Alec Kidderman
932 Welfer Street
Pittsburgh, PA 15217

Janet Schuster
3943 Frederick Street
Pittsburgh, PA 15227

Yellow Book USA Inc.
700 S Henderson Rd,
King of Prussia, PA 19406

Date: November 28, 2022                                            /s/ Kenneth Steidl_____

Kenneth Steidl, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No.34965