FILED
11/29/22 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-22094 |
| Mark C. Bonomi, ) | Chapter 13 |
| Nicole A. Bonomi, ) | |
| *Debtors* ) | Related to Dkt. No. 4 |
| ) | Hearing: November 30, 2022 at 11 a.m. |
| Mark C. Bonomi, ) | |
| Nicole A. Bonomi, ) | |
| *Movants* ) | (Prior Chapter 13 Bankruptcy |
| ) | Case filed at Docket No. |
| VS. ) | 21-21910 GLT, dismissed by Order |
| ) | of Court dated October 11, 2022) |
| Baldwin Borough, Baldwin Whitehall School District, PA ) | |
| Dept. of Revenue, Select Portfolio Servicing, United Auto ) | |
| Credit Corp., Allegheny Health Network, American First ) | |
| Finance, Ascendium Education Solutions, Brickhouse ) | |
| OPCO, Capital One Bank, Columbia Gas Co., Duquesne ) | |
| Light, LVNV Funding & Resurgent Capital, PA American ) | |
| Water, Quantum 3 Group, Santander Consumer USA, U.S. ) | |
| Dept. of Education, and Verizon, | |
| *Respondents* | |

### MODIFIED DEFAULT ORDER

AND NOW, to wit, this 29th day of November 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the Automatic Stay in the case of Mark and Nicole Bonomi is hereby conditionally extended beyond thirty days and shall continue in full force and effect until further order of this Court or dismissal of this case.

On or before December 5, 2022, The Debtors shall file a wage attachment motion in compliance with W.Pa.LBR 3015-2 to fund their plan obligations. Failure to timely do so may cause the Court to revoke the relief provided under this Order.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

Prepared by:  Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: **November 29, 2022**

_____
Gregory L. Taddonio    jah
Chief United States Bankruptcy Judge

Case Administrator to serve:
Kenneth Steidl, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22094-GLT |
| Mark C. Bonomi | Chapter 13 |
| Nicole A. Bonomi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark C. Bonomi, Nicole A. Bonomi, 3005 Churchview Ave., Pittsburgh, PA 15227-4142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 dcarlon@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Nicole A. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor Mark C. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6