Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                           Bankruptcy Case No.: 22−22094−GLT
                                                  Chapter: 13

**Mark C. Bonomi**
**Nicole A. Bonomi**
    Debtor(s)

## ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

    **IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

    A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

    B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

    C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

    Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: September 15, 2023                                    Gregory L Taddonio
                                                                     United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-22094-GLT
Mark C. Bonomi     Chapter 13
Nicole A. Bonomi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Sep 15, 2023     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark C. Bonomi, Nicole A. Bonomi, 3005 Churchview Ave., Pittsburgh, PA 15227-4142 |
| 15550123 | + | Alec Kidderman, 932 Welfer Street, Pittsburgh, PA 15217-2649 |
| 15527946 | + | Allegheny Health Network, PO Box 18119, Pittsburgh, PA 15236-0119 |
| 15527949 | + | Baldwin Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15527950 | + | Baldwin Borough & Baldwin, Whitehall School District, c/o Jeffrey Hunt, Esq., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15527951 | + | Bernstein Burkley, 601 Grant St, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15527954 | + | Columbia Gas Company, P. O. Box 105038, Atlanta, GA 30348-5038 |
| 15550124 | + | Janet Schuster, 3943 Frederick Street, Pittsburgh, PA 15227-4515 |
| 15550125 | + | Yellow Book USA Inc., 700 S Henderson Rd,, King of Prussia, PA 19406-3530 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 15 2023 23:18:00 | Borough of Whitehall and Baldwin-Whitehall School, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15527948 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 15 2023 23:18:00 | Ascendium Education Solutions, Po Box 8961, Madison, WI 53708 |
| 15527947 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 23:41:15 | American First Finance, c/o Becket & Lee, Po Box 3002, Malvern, PA 19355-0702 |
| 15561714 | + | Email/Text: ebnjts@grblaw.com | Sep 15 2023 23:18:00 | Borough of Whitehall & Baldwin-Whitehall Sch. Dist, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15527952 | + | Email/Text: alexis@multisourcellc.com | Sep 15 2023 23:18:00 | Brickhouse OPCO, 4053 Maple Rd., Suite 122, Buffalo, NY 14226-1058 |
| 15527953 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2023 23:30:33 | Capital One Bank, c/o American Infosource, Po Box 71083, Charlotte, NC 28272-1083 |
| 15558388 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2023 23:18:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15558604 | + | Email/Text: jdryer@bernsteinlaw.com | Sep 15 2023 23:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15527955 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 15 2023 23:18:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15527956 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2023 23:30:37 | LVNV Funding & Resurgent Capital, P. O. Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15528618 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2023 23:31:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15548629 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 15 2023 23:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15527957 | | Email/Text: csc.bankruptcy@amwater.com | Sep 15 2023 23:18:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15527958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2023 23:18:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15527959 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2023 23:18:00 | Quantum 3 Group as agent for Comenity, Po Box 788, Kirkland, WA 98083-0788 |
| 15527960 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2023 23:18:00 | Quantum 3 Group as agent for Genesis, PoBox 788, Kirkland, WA 98083-0788 |
| 15556064 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2023 23:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15542977 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2023 23:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15527961 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 15 2023 23:18:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 15527962 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2023 23:18:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15557080 | | Email/Text: bankruptcy@springoakscapital.com | Sep 15 2023 23:18:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15527963 | + | Email/Text: EDBKNotices@ecmc.org | Sep 15 2023 23:18:00 | U.S. Dept of Education, Po Box 16448, Saint Paul, MN 55116-0448 |
| 15527964 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Sep 15 2023 23:18:00 | United Auto Credit Corp., Po Box 163049, Fort Worth, TX 76161-3049 |
| 15527965 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2023 23:30:41 | Verizon, c/o American Infosource, Po Box 4457, Houston, TX 77210-4457 |
| 15527966 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2023 23:18:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15556426 | | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2023 23:30:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15528633 | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 Buttonwood Court, MADISON, WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 15554820 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15544717 | *+ | United Auto Credit Corporation, P.O. BOX 163049, FORT WORTH, TX 76161-3049 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 22-22094-GLT    Doc 58    Filed 09/17/23    Entered 09/18/23 00:22:59    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: pdf900 | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and Baldwin-Whitehall School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Nicole A. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Mark C. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8