IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark C. Bonomi, | ) | Case No. 22-22094 GLT |
| Nicole A. Bonomi, | ) | |
| *Debtors* | ) | Chapter 13 |
| | ) | Related to Docket No. 74 |
| Ronda J. Winnecour | ) | |
| Chapter 13 Trustee, | ) | |
| *Movant* | ) | |
| | ) | Hearing Date: September 11, 2024 |
| vs. | ) | |
| Mark C. Bonomi, | ) | |
| Nicole A. Bonomi, | ) | |
| *Respondents* | ) | |

## ANSWER TO TRUSTEES MOTION TO DISMISS

AND NOW, comes the debtors, Mark & Nicole Bonomi, by and through their attorney, Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. The Debtors definitely wish to remain in Chapter 13 and make their payments each month to the Chapter 13 Trustee.

2. The Debtors made a full payment of $2,923.00 to the Chapter 13 Trustee on August 27, 2024. A copy of the Cashier's Check made payable to Ronda J. Winnecour, Trustee in that amount is attached hereto made a part hereof and labeled "Exhibit A".

3. The Debtors have every intention of making their full payments each and every month to the Chapter 13 Trustee. The Debtors are therefore requesting that the Trustee's Motion to Dismiss be dismissed.

WHEREFORE, the Debtors, Mark & Nicole Bonomi, respectfully request this Honorable Court to dismiss the Trustee's Motion to Dismiss this case.

                                                        Respectfully submitted,

August 30, 2024                                        /s/Kenneth Steidl
                                                          Kenneth Steidl, Esquire
                                                          Attorney for the Debtors
                                                          STEIDL & STEINBERG
                                                          707 Grant Street – 28th Floor
                                                          Pittsburgh, PA  15219
                                                          (412) 391-8000
                                                          PA I. D. No.  34965
                                                          ken.steidl@steidl-steinberg.com