IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/12/24 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-22094-GLT |
| | : | Chapter: | 13 |
| Mark C. Bonomi | : | | |
| Nicole A. Bonomi | : | | |
| | : | Date: | 9/11/2024 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**  # 73 Conciliation hearing held. Trustee recommends dismissal - Debtor has no defense. From 8/8/2024 conciliation conference. Plan does not appear feasible. Trustee recommends dismissal without prejudice, but Debtors are multiple filers so future filings will raise immediate good faith question.
# 74 Notice and Order Scheduling Hearing and Response Deadline Regarding Motion of the Chapter 13 Trustee to Dismiss Chapter 13 Bankruptcy Case.
# 78 - Response filed by the Debtors

**APPEARANCES**:
   Debtor:    Christopher Frye
   Trustee:   Kate DeSimone

**NOTES:**   [11:38]

DeSimone: Payment received by the chapter 13 trustee. Arrears currently at $19,504.

Frye: Knows there are substantial arrears and multiple filings. Suggest a drop dead order and increasing payments to cure arrears. Do not believe the Debtors have attachable wages at this time. Both are 1099, buy may be able to do TFS.

DeSimone: Can calculate increased payment.

Frye: Suggests proposed order requiring a new payment with drop-dead provision and dismissal with prejudice if a future missed payment occurs, and that the Debtors establish TFS payments.

**OUTCOME:**

1) For the reasons stated on the record, the chapter 13 trustee's oral motion to dismiss [Dkt. No. 74] is resolved, pending the parties submission of a stipulation filed under certification of counsel on or before September 25, 2024. [Text order].

**DATED:** 9/11/2024