FILED
9/18/24 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Mark C. Bonomi**
**Nicole A. Bonomi**

Case No. 22-22094 GLT

**Chapter 13**

**Debtor(s).**

Related Dkt. No. 82

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☒ a motion to dismiss case or certificate of default requesting dismissal

- ❑ a plan modification sought by: _____

- ❑ a motion to lift stay
  as to creditor   _____

- ❑ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 11-27-22
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $2,563.00 to $3,072.00 per month, effective October 2024; and/or the Plan term shall be changed from ___ months to ____ months.             .

[04/22]                                          -1-

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ✠ Other: Trustee's Certificate of Default (at doc. 69) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  18th day of      September    , 202 4 

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/ Kenneth Steidl                          /s/ James Warmbrodt
Counsel to Debtor                           Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

[04/22]                                     -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22094-GLT |
| Mark C. Bonomi | Chapter 13 |
| Nicole A. Bonomi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 18, 2024 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark C. Bonomi, Nicole A. Bonomi, 3005 Churchview Ave., Pittsburgh, PA 15227-4142 |
| 15550123 | + | Alec Kidderman, 932 Welfer Street, Pittsburgh, PA 15217-2649 |
| 15527946 | + | Allegheny Health Network, PO Box 18119, Pittsburgh, PA 15236-0119 |
| 15527949 | + | Baldwin Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15527950 | + | Baldwin Borough & Baldwin, Whitehall School District, c/o Jeffrey Hunt, Esq., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15527951 | + | Bernstein Burkley, 601 Grant St, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15527952 | + | Brickhouse OPCO, 4053 Maple Rd., Suite 122, Buffalo, NY 14226-1058 |
| 15527954 | + | Columbia Gas Company, P. O. Box 105038, Atlanta, GA 30348-5038 |
| 15550124 | + | Janet Schuster, 3943 Frederick Street, Pittsburgh, PA 15227-4515 |
| 15550125 | + | Yellow Book USA Inc., 700 S Henderson Rd,, King of Prussia, PA 19406-3530 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 19 2024 00:01:00 | Borough of Whitehall and Baldwin-Whitehall School, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15527948 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 19 2024 00:01:00 | Ascendium Education Solutions, Po Box 8961, Madison, WI 53708 |
| 15527947 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2024 00:15:15 | American First Finance, c/o Becket & Lee, Po Box 3002, Malvern, PA 19355-0702 |
| 15561714 | + | Email/Text: ebnjts@grblaw.com | Sep 19 2024 00:01:00 | Borough of Whitehall & Baldwin-Whitehall Sch. Dist, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15527953 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2024 00:14:51 | Capital One Bank, c/o American Infosource, Po Box 71083, Charlotte, NC 28272-1083 |
| 15558388 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 00:02:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15558604 | + | Email/Text: jdryer@bernsteinlaw.com | Sep 19 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15527955 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 19 2024 00:02:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15527956 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 00:12:20 | LVNV Funding & Resurgent Capital, P. O. Box 10587, Greenville, SC 29603-0587 |
| 15528618 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 00:12:21 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15548629 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 00:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15527957 | | Email/Text: csc.bankruptcy@amwater.com | Sep 19 2024 00:02:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15527958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 00:02:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15527959 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 00:01:00 | Quantum 3 Group as agent for Comenity, Po Box 788, Kirkland, WA 98083-0788 |
| 15527960 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 00:01:00 | Quantum 3 Group as agent for Genesis, PoBox 788, Kirkland, WA 98083-0788 |
| 15556064 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 00:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15542977 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 00:02:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15527961 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 19 2024 00:02:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 15527962 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 00:02:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15557080 | | Email/Text: bankruptcy@springoakscapital.com | Sep 19 2024 00:01:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15527963 | + | Email/Text: EDBKNotices@ecmc.org | Sep 19 2024 00:01:00 | U.S. Dept of Education, Po Box 16448, Saint Paul, MN 55116-0448 |
| 15527964 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Sep 19 2024 00:01:00 | United Auto Credit Corp., Po Box 163049, Fort Worth, TX 76161-3049 |
| 15527965 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2024 00:16:06 | Verizon, c/o American Infosource, Po Box 4457, Houston, TX 77210-4457 |
| 15527966 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2024 00:00:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15556426 | | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2024 00:13:06 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15528633 | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 15554820 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15544717 | *+ | United Auto Credit Corporation, P.O. BOX 163049, FORT WORTH, TX 76161-3049 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 22-22094-GLT    Doc 84    Filed 09/20/24    Entered 09/21/24 00:29:51    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2024 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and Baldwin-Whitehall School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Nicole A. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Mark C. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8