FILED
4/16/25 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-22094-GLT |
| | : | Chapter: 13 |
| Mark C. Bonomi | : | |
| Nicole A. Bonomi | : | |
| | : | Date: 4/16/2025 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**   #91 - Trustee's Oral Motion to Dismiss Case
          # 94- Response filed by the Debtor

[# 90 Conciliation hearing held. Contested Confirmation Hearing requested - Lack of payments. From 3/27/2025 conciliation conference. No payments since September 2024; arrears total .00]

**APPEARANCES**:
      Debtor:    Lauren Lamb
      Trustee:   Kate DeSimone

[ 9:00 ]
**NOTES:**

DeSimone: Thirty months have elapsed in this case and thirty months remain. Previously the debtor promised to make lump sum payments to cure their arrears. The arrears as of now are $21,504. The cashiers check is not showing up in our system yet.

Lamb: The debtors have submitted a lump sum payment of $9,000 to the chapter 13 trustee by cashiers check on April 11, 2025. The debtor-wife stopped working to take care of her mother. Debtor-husband is doing landscaping work with his son. Debtor-wife has actually picked up a part time job as well. The delay in payments was caused due to the husband's failure to get back to landscaping as soon as possible. We ask the case not be dismissed. The debtors are not wage attached. It is possible the wife is an employee, but its my understanding that they are both independent contractors. Payment via TFS would be best moving forward.

**OUTCOME:**
1. The *Trustee's Motion to Dismiss* [Dkt. No. 91] is **CONTINUED** to May 14, 2025 at 9 a.m. Notwithstanding the lump sum payment, the Court expects the debtors to make their April 2025 plan payment as well. [Text order]

2. On or before April 30, 2025 debtors to file amended schedules I and J. [Text order]

**DATED:** 4/16/2025