IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/14/25 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 22-22094-GLT |
|---|---|---|---|
|  | : | Chapter: | 13 |
| Mark C. Bonomi | : |  |  |
| Nicole A. Bonomi | : |  |  |
|  | : | Date: | 5/14/2025 |
| *Debtor(s)*. | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**    # 91 Continued Motion of the Chapter 13 Trustee to Dismiss Chapter 13 Bankruptcy Case.
   # 94 - Response filed by the Debtors

**APPEARANCES**:
   Debtor:    Abagale Steidl
   Trustee:   Kate DeSimone

[ 9:34]
**NOTES:**
DeSimone: The lump-sum payment of $9,000 was received. To date, the last payment we received was on May 8, 2025 in the amount of $3,000 through TFS. We also received updated schedules. The new plan would require $3,540 a month to complete the case. This calculation is dependent on avoiding three secured debts. No action has been taken so far. If those terms are appropriate to the Court and the Debtor's counsel, I can submit the proposed order.

Steidl: No objection to the terms.

**OUTCOME:**
 1. The *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. No. 86] is **RESOLVED**, pursuant to the terms of a confirmation order instructing the Debtors to pursue lien avoidance actions in a timely matter and providing notice that successfully avoiding the actions will result in the increase of the debtors' plan payment to $3,540. On or before May 23, 2025, the parties shall submit a proposed order under a certificantion of counsel. [Text order]

**DATED:** 5/14/2025