FILED
5/16/25 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 22-22094-GLT |
| MARK C. BONOMI / | ) |
| NICOLE A. BONOMI, | ) Chapter 13 |
| Debtor(s). | ) |
| | ) X  Related Dkt. No. 102 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
      as to creditor    _____

☐    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 11/27/22
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

--

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $3,072 to $3,540 per <u>month</u>, effective 5/25;

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- Trustee's Certificate of Default (at Doc 86) is treated as resolved by this Order.
- *Debtor(s) are to fund the plan by TFS [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments.*

--

> - *Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
> - *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

--

**SO ORDERED**, this <u>16th</u> day of <u>  May  </u>, 202<u>5</u>

_____
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/Kenneth Steidl                       /s/Kate DeSimone
Counsel to Debtor                       Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

--

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22094-GLT |
| Mark C. Bonomi | Chapter 13 |
| Nicole A. Bonomi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 16, 2025 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark C. Bonomi, Nicole A. Bonomi, 3005 Churchview Ave., Pittsburgh, PA 15227-4142 |
| 15550123 | + | Alec Kidderman, 932 Welfer Street, Pittsburgh, PA 15217-2649 |
| 15527946 | + | Allegheny Health Network, PO Box 18119, Pittsburgh, PA 15236-0119 |
| 15527949 | + | Baldwin Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15527950 | + | Baldwin Borough & Baldwin, Whitehall School District, c/o Jeffrey Hunt, Esq., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15527951 | + | Bernstein Burkley, 601 Grant St, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15527952 | + | Brickhouse OPCO, 4053 Maple Rd., Suite 122, Buffalo, NY 14226-1058 |
| 15527954 | + | Columbia Gas Company, P. O. Box 105038, Atlanta, GA 30348-5038 |
| 15550124 | + | Janet Schuster, 3943 Frederick Street, Pittsburgh, PA 15227-4515 |
| 15557080 | | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15550125 | + | Yellow Book USA Inc., 700 S Henderson Rd,, King of Prussia, PA 19406-3530 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 17 2025 00:20:00 | Borough of Whitehall and Baldwin-Whitehall School, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15527948 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 17 2025 00:19:00 | Ascendium Education Solutions, Po Box 8961, Madison, WI 53708 |
| 15527947 | | Email/PDF: bncnotices@becket-lee.com | May 17 2025 01:42:15 | American First Finance, c/o Becket & Lee, Po Box 3002, Malvern, PA 19355-0702 |
| 15561714 | + | Email/Text: ebnjts@grblaw.com | May 17 2025 00:20:00 | Borough of Whitehall & Baldwin-Whitehall Sch. Dist, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15527953 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2025 00:38:17 | Capital One Bank, c/o American Infosource, Po Box 71083, Charlotte, NC 28272-1083 |
| 15558388 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2025 00:20:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15558604 | + | Email/Text: jdryer@bernsteinlaw.com | May 17 2025 00:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15527955 | + | Email/Text: kburkley@bernsteinlaw.com | May 17 2025 00:20:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15527956 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2025 00:37:43 | LVNV Funding & Resurgent Capital, P. O. Box 10587, Greenville, SC 29603-0587 |
| 15528618 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | May 17 2025 01:42:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15548629 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2025 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15527957 | | Email/Text: csc.bankruptcy@amwater.com | May 17 2025 00:20:00 | PA American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15527958 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2025 00:20:00 | Pennsylvania Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15527959 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2025 00:20:00 | Quantum 3 Group as agent for Comenity, Po Box 788, Kirkland, WA 98083-0788 |
| 15527960 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2025 00:20:00 | Quantum 3 Group as agent for Genesis, PoBox 788, Kirkland, WA 98083-0788 |
| 15556064 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2025 00:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15542977 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2025 00:20:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15527961 | | Email/Text: enotifications@santanderconsumerusa.com | May 17 2025 00:20:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 15527962 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2025 00:20:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15527963 | + | Email/Text: EDBKNotices@ecmc.org | May 17 2025 00:19:00 | U.S. Dept of Education, Po Box 16448, Saint Paul, MN 55116-0448 |
| 15527964 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | May 17 2025 00:20:00 | United Auto Credit Corp., Po Box 163049, Fort Worth, TX 76161-3049 |
| 15527965 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2025 01:42:11 | Verizon, c/o American Infosource, Po Box 4457, Houston, TX 77210-4457 |
| 15527966 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2025 00:19:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15556426 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2025 00:37:05 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15528633 | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 15554820 | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15544717 | *+ | United Auto Credit Corporation, P.O. BOX 163049, FORT WORTH, TX 76161-3049 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 22-22094-GLT   Doc 104   Filed 05/18/25   Entered 05/19/25 00:24:29   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: May 16, 2025 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and Baldwin-Whitehall School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Nicole A. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Mark C. Bonomi julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michelle L. McGowan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor Deutsche Bank National Trust Company as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9