**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/29/2025

IN RE:

| | |
|---|---|
| MARK C. BONOMI | Case No.22-22094 GLT |
| NICOLE A. BONOMI | |
| 3005 CHURCHVIEW AVE. | Chapter 13 |
| PITTSBURGH,  PA  15227 | |
| XXX-XX-4067          Debtor(s) | |

XXX-XX-8071

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts∗ and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

∗Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

Xa

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/29/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  DEUTSCHE BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **ALEC KIDDERMAN** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 932 WELFER ST | Court Claim Number: | | ACCOUNT NO.:  7732 |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15217 | COMMENT:  2bAVD/PL\*JDGMNT~DSPTD/SCH\*GD-18-007732 | | |

| | | | |
|---|---|---|---|
| **BALDWIN BOROUGH (SWG)** | Trustee Claim Number:4 | INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
| C/O LEGAL TAX SERVICE - DLNQ CLLCTR | Court Claim Number:6 | | ACCOUNT NO.:  0227 |
| 714 LEBANON RD | | | |
| | CLAIM:  7,507.81 | | |
| WEST MIFFLIN, PA  15122 | COMMENT:  94-R-102\*CL6GOV\*7057.81@10%/PL\*WNTS 10%\*14-22/SCH-PL\*14,15,22/CL | | |

| | | | |
|---|---|---|---|
| **JANET SCHUSTER** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 3943 FREDERICK ST | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15227 | COMMENT:  2bAVD/PL\*AR-12-005488 | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:6 | INT %: 3.00% | CRED DESC:  SECURED CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:3 | | ACCOUNT NO.:  4067 |
| PO BOX 280946 | | | |
| | CLAIM:  5,152.10 | | |
| HARRISBURG, PA  17128-0946 | COMMENT:  94-R-102\*$CL-PL@3%\*11-15/SCH-CL-PL | | |

| | | | |
|---|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SERVICING INC\* | Court Claim Number:13 | | ACCOUNT NO.:  0530 |
| PO BOX 65450 | | | |
| | CLAIM:  0.00 | | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  728.25/PL@SPS\*PMT/DECL\*DKT4PMT-LMT\*BGN 11/22 | | |

| | | | |
|---|---|---|---|
| **UNITED AUTO CREDIT CORPORATION** | Trustee Claim Number:8 | INT %: 6.00% | CRED DESC:  VEHICLE |
| PO BOX 845736 | Court Claim Number:7 | | ACCOUNT NO.:  4067 |
| | CLAIM:  19,489.24 | | |
| LOS ANGELES, CA  90084 | COMMENT:  $PL-CL@6%/PL | | |

| | | | |
|---|---|---|---|
| **YELLOW BOOK USA** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| C/O RMS - AN iQor COMPANY | Court Claim Number: | | ACCOUNT NO.:  4708 |
| PO BOX 361345 | | | |
| | CLAIM:  0.00 | | |
| COLUMBUS, OH  43236 | COMMENT:  2bAVD/PL\*NT ADR~JDGMNT/SCH\*GD-05-014708 | | |

| | | | |
|---|---|---|---|
| **BALDWIN-WHITEHALL SD & BOROUGH OF BALD** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O JORDAN TAX SERVICE - DLNQ CLCTR | Court Claim Number:16 | | ACCOUNT NO.:  4067 |
| 102 RAHWAY RD | | | |
| | CLAIM:  2,299.00 | | |
| MCMURRAY, PA  15317 | COMMENT:  4067; 8071\*2,238.50@0%/PL\*12-17/PL-CL\*TIMELY | | |

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15264-5266 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN FIRST FINANCE LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| C/O BECKET AND LEE LLP | Court Claim Number:9 | ACCOUNT NO.:  2242 | |
| PO BOX 3002 | | | |
| | CLAIM:  2,576.63 | | |
| MALVERN, PA  19355-0701 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ASCENDIUM EDUCATION SOLUTIONS INC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 809142 | Court Claim Number:2 | ACCOUNT NO.:  8071 | |
| | CLAIM:  31,195.52 | | |
| CHICAGO, IL  60680 | COMMENT:  NO ACCT/SCH*2 LOANS 5TH 3RD | | |

| | | | |
|---|---|---|---|
| **BRICKHOUSE OPCO I LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| 4053 MAPLE RD STE 122 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM:  0.00 | | |
| AMHERST, NY  14226-1422 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 71083 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM:  0.00 | | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **COLUMBIA GAS OF PA INC (*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 117 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM:  0.00 | | |
| COLUMBUS, OH  48216-0117 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY (*)** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| ATTN. LITIGATION COUNSEL | Court Claim Number:14 | ACCOUNT NO.:  9286 | |
| 411 SEVENTH AVE | | | |
| MAIL DROP 16-1 | CLAIM:  13,255.92 | | |
| PITTSBURGH, PA  15219 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:1 | ACCOUNT NO.:  9836 | |
| PO BOX 10587 | | | |
| | CLAIM:  1,031.67 | | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 | | |

| | | | |
|---|---|---|---|
| **PA AMERICAN WATER(*) AKA AMERICAN WATER** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| PO BOX 371412 | Court Claim Number: | ACCOUNT NO.: | |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15250 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR | |
| BANKRUPTCY DIVISION | Court Claim Number:3 | ACCOUNT NO.:  4067 | |
| PO BOX 280946 | | | |
| | CLAIM:  828.75 | | |
| HARRISBURG, PA  17128-0946 | COMMENT:  16-17/SCH-CL | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:21   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2489 | Court Claim Number:10 | ACCOUNT NO.:  6633 |
| | CLAIM:  2,095.27 | |
| KIRKLAND, WA  98083-2489 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:22   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4 | ACCOUNT NO.:  9391 |
| PO BOX 2489 | | |
| | CLAIM:  763.83 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  CELTIC/INDIGO | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA** | Trustee Claim Number:23   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 560284 | Court Claim Number:5-2 | ACCOUNT NO.:  1353 |
| | CLAIM:  1,691.27 | |
| DALLAS, TX  75356 | COMMENT:  DFNCY~REPO*AMD | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:24   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| NATIONAL PAYMENT CENTER | Court Claim Number:15 | ACCOUNT NO.:  4067 |
| PO BOX 790336 | | |
| | CLAIM:  31,424.16 | |
| ST LOUIS, MO  63179-0336 | COMMENT:  Consolidation  D1 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZO** | Trustee Claim Number:25   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:26   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:11 | ACCOUNT NO.:  0001 |
| | CLAIM:  1,341.58 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NO ACCT/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:27   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:8 | ACCOUNT NO.:  9027 |
| | CLAIM:  1,696.84 | |
| WARREN, MI  48090 | COMMENT:  NT/SCH*COMENITY/WAYFAIR | |

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST CO - TRUST** | Trustee Claim Number:28   INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:13 | ACCOUNT NO.:  0530 |
| PO BOX 65450 | | |
| | CLAIM:  25,134.89 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  26K/PL@SPS*THRU 10/22 | |

| | | |
|---|---|---|
| **SPRING OAKS CAPITAL SPV LLC** | Trustee Claim Number:29   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 1216 | Court Claim Number:12 | ACCOUNT NO.:  6639 |
| | CLAIM:  9,282.00 | |
| CHESAPEAKE, VA  23327-1216 | COMMENT:  NT/SCH*GENESIS CARD | |