**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARK C. BONOMI<br>NICOLE A. BONOMI<br>    Debtor(s) | Case No.:22-22094 GLT |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/24/2022 and confirmed on 01/10/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,404.96 |
| Less Refunds to Debtor | 5.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,399.95 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,340.46 | |
|     Trustee Fee | 1,858.26 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,198.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO -<br>    Acct: 0530 | 0.00 | 17,577.15 | 0.00 | 17,577.15 |
| DEUTSCHE BANK NATIONAL TRUST CO -<br>    Acct: 0530 | 25,134.89 | 0.00 | 0.00 | 0.00 |
| ALEC KIDDERMAN<br>    Acct: 7732 | 0.00 | 0.00 | 0.00 | 0.00 |
| BALDWIN BOROUGH (SWG)<br>    Acct: 0227 | 7,507.81 | 0.00 | 0.00 | 0.00 |
| JANET SCHUSTER<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>    Acct: 4067 | 5,152.10 | 0.00 | 0.00 | 0.00 |
| YELLOW BOOK USA++<br>    Acct: 4708 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED AUTO CREDIT CORPORATION<br>    Acct: 4067 | 19,489.24 | 6,232.43 | 3,391.65 | 9,624.08 |
| | | | | 27,201.23 |

Priority

| 22-22094 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MARK C. BONOMI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MARK C. BONOMI | 5.01 | 5.01 | 0.00 | 0.00 |
|     Acct: | | | | |
| STEIDL & STEINBERG PC | 4,400.00 | 3,340.46 | 0.00 | 0.00 |
|     Acct: | | | | |
| BALDWIN-WHITEHALL SD & BOROUGH O | 2,299.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4067 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| AMERICAN FIRST FINANCE LLC | 2,576.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 2242 | | | | |
| ASCENDIUM EDUCATION SOLUTIONS INC | 31,195.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 8071 | | | | |
| BRICKHOUSE OPCO I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 13,255.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 9286 | | | | |
| LVNV FUNDING LLC | 1,031.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 9836 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 828.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 4067 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CO | 2,095.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 6633 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 763.83 | 0.00 | 0.00 | 0.00 |
|     Acct: 9391 | | | | |
| SANTANDER CONSUMER USA | 1,691.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 1353 | | | | |
| US DEPARTMENT OF EDUCATION | 31,424.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 4067 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,341.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,696.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 9027 | | | | |
| SPRING OAKS CAPITAL SPV LLC | 9,282.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6639 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                    27,201.23

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,299.00 |
| SECURED | 57,284.04 |
| UNSECURED | 97.183.44 |

Date: 01/15/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com